1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )  NO. CR. S-08-473 JAM
                                )
12              Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE AND EXCLUDING
13         v.                   )  TIME UNDER THE SPEEDY TRIAL ACT
                                )
14 JORGE DENIZ-CARRILLO,        )
   et al.,                      )  Court:  Hon. John A. Mendez
15                              )
               Defendants.      )
16                              )
   _____

18      Whereas, there is currently set a status conference on
19 December 2, 2008, at 9:30 a.m.;
20      Whereas, Dina Santos, Esq., has very recently substituted
21 into this case in place of the Federal Defender's Office as
22 defense counsel for defendant Jorge Deniz-Carillo;
23      Whereas, the United States has recently produced as
24 discovery law enforcement reports, a video recording,
25 photographs, and audio recordings of each defendant's statement
26 in the Spanish language to law enforcement;
27      Whereas, defense counsel will need additional time to review
28 the discovery, conduct legal research, conduct additional factual

                                1

1 | investigation, translate the discovery from English to Spanish
2 | for each respective client, and translate into English the
3 | Spanish language post-arrest statements of each respective
4 | defendant,
5 |      IT IS HEREBY stipulated between plaintiff United States of
6 | America, on the one hand, and defendants Jorge Deniz-Carrillo,
7 | Miguel Angel Larios-Carranza, Eliazar Chavez Barragan, and Jose
8 | DeJesus Valencia Figueroa, on the other hand, by and through
9 | their respective undersigned counsel, that the previously set
10 | December 2, 2008, at 9:30 a.m., status conference shall be
11 | continued to January 27, 2009, at 9:30 a.m.
12 |      It is further stipulated and agreed between the parties that
13 | the period from December 2, 2008, through and including January
14 | 27, 2009, shall be excluded from computation of time within which
15 | the trial of the above criminal prosecution must commenced under
16 | the Speedy Trial Act for defense preparation as described in this
17 | stipulation.  All parties stipulate and agree that this is an
18 | appropriate exclusion of time within the meaning of Title 18,
19 | United States Code, Section 3161(h)(8)(B)(iv), and Local Code T4.
20 | Dated:  December 3, 2008        Respectfully submitted,

                                    /s/ Dina Santos
                                    DINA SANTOS
                                    Attorney for defendant
                                    Jorge Deniz-Carrillo
                                    (per telephone authorization from
                                    as relayed by Gilbert Roque, Esq.)

                                    /s/ Fred N. Dawson
                                    FRED N. DAWSON
                                    Attorney for defendant
                                    Miguel Angel Larios-Carranza
                                    (per telephone authorization)

```
                              /s/ Lorie Teichert
                         LORIE TEICHERT
                         Attorney for defendant
                         Eliazar Chavez Barragan
                         (per telephone authorization)


                              /s/ Gilbert Roque
                         GILBERT ROQUE
                         Attorney for defendant
                         Jose DeJesus Valencia Figueroa
                         (per telephone authorization)



                         McGREGOR W. SCOTT
                         United States Attorney


                         By: /s/Samuel Wong
                             SAMUEL WONG
                             Assistant U.S. Attorney
```

3

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: December 4, 2008        /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge