1  DINA L. SANTOS, Bar #204200
   A PROFESSIONAL LAW CORP.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JORGE DENIZ-CARILLO
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,      ) No. 08-493 JAM
                                  )
12           Plaintiff,            )
                                  ) STIPULATION AND ORDER VACATING
13      v.                        ) DATE, CONTINUING STATUS CONF.,
                                  ) AND EXCLUDING TIME
14 JORGE DENIZ-CARILLO, Et al.,   )
             Defendants.           )
15                                ) Date:  March 17, 2009
   _____) Time:  9:30 a.m.
16                                ) Judge: Hon. Mendez

17

18

19      **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Samuel Wong, Counsel for Plaintiff; Attorney Dina L. Santos,

21 Counsel for JORGE DENIZ-CARILLO, Attorney Fred Dawson, Counsel for

22 MIGUEL ANGEL LARIOS-CARRANZA; Attorney Lorie Teichert, Counsel for

23 ELIAZAR CHAVEZ BARRAGAN; Attorney Gilbert Roque, Counsel for JOE

24 DEJESUS VALENCIA FIGUEROA that the status conference scheduled for

25 February 10, 2009, be vacated and the matter be continued to this

26 Court's criminal calendar on March 17, 2009, at 9:30 a.m, for further

27 status.

28      This continuance is requested by the defense in order to permit

further client consultation and further negotiations with the prosecution regarding finalization of a possible agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 17, 2009, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: February 9, 2009        /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               JORGE DENIZ-CARILLO

Dated: February 9, 2009        /S/ Samuel Wong
                               SAMUEL WONG
                               Assistant United States Attorney
                               Attorney for Plaintiff

Dated: February 9, 2009        /S/ Fred Dawson
                               FRED DAWSON
                               Attorney for Defendant
                               MIGUEL ANGEL LARIOS-CARRANZA

Dated: February 9, 2009        /S/ Lorie Teichert
                               LORIE TEICHERT
                               Attorney for Defendant
                               ELIAZAR CHAVEZ BARRAGAN

```
Dated: February 9, 2009              /S/ Gilbert Roque
                                     GILBERT ROQUE
                                     Attorney for Defendant
                                     JOSE DEJESUS VALENCIA FIGUEROA
```

**O R D E R**

**IT IS SO ORDERED.**

       By the Court,

```
Dated: February 9, 2009
                                     /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Judge
```

Stipulation and Order                3