GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for JOSE DE JESUS VALENCIA FIGUEROA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-CR-493-JAM |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | TO CONTINUE STATUS CONFERENCE |
| JOSE DE JESUS VALENCIA FIGUEROA, ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant José de Jesús Valencia Figueroa, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Samuel Wong, agree that the Status Conference set for October 27, 2009, at 9:30 a.m., be continued to December 1, 2009, at 9:30 a.m., before the Honorable John A. Mendez.

    The parties agree to the continuance because counsel for Defendant Valencia Figueroa will be out of state on October 27, 2009. In addition, defense counsel needs time to prepare and evaluate issues related to sentencing.

    In addition, it is agreed that time from the date of this stipulation to and including the new December 1, 2009, status conference should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to

///

///

1

18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Rule T-4, to allow defense counsel reasonable time to prepare and defendant continuity of counsel.

                                                Respectfully submitted,

DATED: October 22, 2009        /s/ Gilbert A. Roque
                                           GILBERT A. ROQUE, Attorney for
                                           Defendant JOSE DE JESUS VALENCIA FIGUEROA

                                           LAWRENCE G. BROWN
                                           Acting United States Attorney

DATED: October 22, 2009        By:   /s/ Samuel Wong
                                           SAMUEL WONG
                                           Assistant United States Attorney

## **ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the time from the date of the parties' stipulation, October 22, 2009, to and including the new status conference, December 1, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare and continuity of defense counsel).

It is further ordered that the October 27, 2009, status conference shall be continued until December 1, 2009, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 10/23/2009                /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         UNITED STATES DISTRICT JUDGE